COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Vincent Morgan  CASE NO: 00-4036-BSS
AUSA: Duty Behnke  ATTNY: Tim Day
AGENT: Customs  VIOL: 21:846
PROCEEDING: Initial Appearance  BOND REC: PTD
BOND HEARING HELD - yes/(no)  COUNSEL APPOINTED: FPD

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by __ D.C.
FEB 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

D - advised of charges
D - sworn for counsel

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING: 2-25-00  9:30am  BSS
PRELIM/ARRAIGN.: 3-3-00  11:00am  Snow
STATUS CONFERENCE:

DATE: 2-22-00  TIME: 11:00am  TAPE # 00-015  PG #