# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  )  CASE NUMBER: CR 00-4036-BSS
        Plaintiff  )
        )
   -vs-  )  REPORT COMMENCING CRIMINAL
        )  ACTION
Vincente Jaen Morgan  )
        Defendant  )  60349-004

[FILED by D.C. / FEB 2 2 2000 / CLARENCE MADDOX / CLERK U.S. DIST. CT. / S.D. OF FLA. FT. LAUD.]

********************************************************************

TO: CLERK'S OFFICE   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
   U.S. DISTRICT COURT        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

********************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 2/21/00    6:20   a.m./(p.m.)

(2) LANGUAGE(S) SPOKEN: Spanish English

(3) OFFENSE(S) CHARGED: 21 USC 952, 953

(4) UNITED STATES CITIZEN:   ( )YES   (X)NO   ( )UNKNOWN

(5) DATE OF BIRTH: 12/23/68

(6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   [ ] INDICTMENT    [X] COMPLAINT    CASE #_____
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PAROLE VIOLATION WARRANT
   ORIGINATING DISTRICT: _____
   COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES   [ ]NO

AMOUNT OF BOND: $_____   WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 2/21/00    (9) ARRESTING OFFICER: Mahabir

(10) AGENCY: USCS    (11) PHONE #: 954 356-7238

(12) COMMENTS: _____