## COURT MINUTES
### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Vincent Morgan (J)#       CASE NO: 00-4036-BSS
AUSA: Scott Behnke  *present*   ATTNY: FPD / Tim Day
AGENT: _____                   VIOL: _____
PROCEEDING: PTD HEARING         BOND REC: _____

BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED: _____
BOND SET @ $100,000 Corp. Surety w/nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House ____ Electronic Monitoring

FILED FEB 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

No bond hearing held. High corporate surety w/nebbia agreed to, both sides reserving right to proceed w/ PTD hrg at a later date.

NEXT COURT APPEARANCE:    DATE:       TIME:       JUDGE:
INQUIRY RE COUNSEL: _____
PTO/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: already set 3-3-00  11:00am   LSS
STATUS CONFERENCE: _____

DATE: 2-25-00    TIME: 9:30am  ends 12:10pm   TAPE # 00-047  PG # 1  (373)-475