UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. **00-6048 CR-FERGUSON**

MAGISTRATE JUDGE
SNOW

21 U.S.C. 963
21 U.S.C. 952(a)
21 U.S.C. 846
18 U.S.C. 2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VINCENT JAEN MORGAN,

    Defendant.



### INDICTMENT

The Grand Jury charges that:

#### COUNT 1

From in or about January, 2000 to on or about February 21, 2000, at Broward County, Fort Lauderdale, in the Southern District of Florida, and elsewhere, defendant,

**VINCENT JAEN MORGAN,**

did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

    All in violation of Title 21, United States Code, Section 963.



## COUNT 2

On or about February 21, 2000, at Broward County, Fort Lauderdale, in the Southern District of Florida, and elsewhere, defendant,

**VINCENT JAEN MORGAN,**

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

VINCENT JAEN MORGAN               **Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)       Yes ____   No ____
Number of New Defendants   ____
Total number of counts     ____

____ Miami    ____ Key West
_X_ FTL      ____ WPB   ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __NO__
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   I    0 to 5 days    _X_      Petty    ____
   II   6 to 10 days   ____     Minor    ____
   III  11 to 20 days  ____     Misdem.  ____
   IV   21 to 60 days  ____     Felony   _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?(Yes or No) __NO__
   If yes:
   Magistrate Case No. ____00-4036-SELTZER____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __02/25/00__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes _X_ No

/SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500005

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __VINCENT JAEN MORGAN__   No.:_____

Count #: 1

Conspiracy to Import cocaine (20 kilos); in violation of 21 U.S.C. 963

*Max Penalty: Mandatory minimum of 10 years' and maximum of up to life imprisonment; and a fine of up to $4,000,000.

Count #: 2

Attempt to possess with intent to distribute cocaine; in violation of 21 U.S.C. 846

*Max Penalty: Mandatory minimum of 5 years' and a maximum of 40 years' imprisonment; fine up to $2,000,000.

Count #: 3

*Max Penalty:

Count #: 4

*Max Penalty:

Count #: 5

*Max Penalty:

Count #: 6

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**