COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: VINCENT MORGAN (J)           CASE NO: 00-6048-CR-FERGUSON
AUSA: SCOTT BEHNKE /Cora           ATTY: FPD Tim Day
AGENT: _____            VIOL: _____

PROCEEDING ARRAIGNMENT             RECOMMENDED BOND

BOND HEARING HELD - yes/no         COUNSEL APPOINTED

____ BOND SET @

____ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person
3) Travel extended to:

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:   4-3  //  LSS

Date: 3/3/00   Time 11:00   FTL/LSS TAPE #00- 012   Begin: 2612   End: 2657

*Filed MAR -6 2000, Clarence Maddox, Clerk U.S. Dist. Ct., S.D. of Fla. Ft. Laud.*