UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6048-CR-FERGUSON

UNITED STATES OF AMERICA

vs

VINCENT MORGAN

ARRAIGNMENT INFORMATION SHEET

FILED by MAR - 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

    The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 3, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY__

                                  Telephone: _____

DEFENSE COUNSEL:     Name: __FEDERAL PUBLIC DEFENDER__

                                  Address: _____

                                  Telephone: _____

BOND SET/CONTINUED:   $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __3RD__ day of __MARCH__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_
    Deputy Clerk

Tape No. V 00- C/2

cc: Copy for Judge
    U. S. Attorney

10