UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6048-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

VINCENT MORGAN, :

    Defendant. :
_____/

## **UNOPPOSED MOTION TO CONTINUE TRIAL**

The defendant, through counsel, moves this Court for an order continuing the above-styled case and as grounds in support thereof would state:

1. The defendant is charged with Conspiracy to Import and Attempted Possession of Cocaine in violation of 21 U.S.C. § 952 and 21 U.S.C. § 841.

2. The defendant had his initial appearance February 22, 2000. This is the first trial date set in this case.

3. The prosecution evidence consists of both audio and video tapes of negotiations and transactions, some of which occurred in Honduras. These have not been received by the defendant as AUSA Scott Behnke has not received them. A portion of the tapes are still in Honduras.

4. Additional time is necessary to obtain the tapes and prepare for trial.

5. AUSA Scott Behnke has no objection to this motion.



WHEREFORE, the defendant respectfully requests that this Court grant the defendant's request for a continuance. The defendant requests the trial date be set in 30 days.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this \_\_\_\_ day of March, 2000 to Scott Behnke, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Morgan\Continue.01