SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _00-6048-CR-WDF_

DEFENDANT _Vincent Morgan_   JUDGE ___ WILKIE D. FERGUSON

Deputy Clerk __TROY T. WALKER__   DATE _July 21, 2000_

Court Reporter __Paul Haferling__   USPO _____

AUSA _Scott Behnke_   Deft's Counsel: _Jim Lory, FPD_

COUNTS DISMISSED ___All Others___
____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

JUL 21 2000

JUDGMENT AND SENTENCE

Imprisonment   Years   Months   Counts
                        46              2

_Right
 Thumbprint
 to appear_

Supervised Release __3 yrs as to count 2__

Probation   Years   Months   Counts

Comments _____

Assessment $ _100.00_        Fine $ _____

Restitution /Other _____

CUSTODY
____ Remanded to the Custody of the U. S. Marshal Service  ____ Release on bond pending appeal
____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _Objections are overruled._
_500 hour drug program, incarcerated as close to South Florida as possible._

M
21