

**FILING FEE**
PAID ~~no fee~~
In Forma Pauperis _____
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6048-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VINCENT MORGAN,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Vincent Morgan, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 28th day of July, 2000.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    Federal Public Defender

By:_____
    Timothy M. Day
    Assistant Federal Public Defender
    Florida Bar No. 360325
    101 N.E. 3rd Avenue, Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by U.S. mail this 31 day of July, 2000, upon Anne Schultz, Assistant United States Attorney, Chief of Appellate Division, 99 N.E. 4th Street, Miami, Florida 33132.

_____
Timothy M. Day

KMW99 1