UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )   Case No. 00-6048-CR-WDF
                                )
vs                              )
                                )   Ft. Lauderdale, Florida
VINCENT MORGAN,                 )   May 19, 2000
                                )
          Defendant.            )
------------------------------x

TRANSCRIPT OF CHANGE OF PLEA
BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

APPEARANCES:

FOR THE GOVERNMENT:             SCOTT BEHNKE, ESQ.
                                Assistant U.S. Attorney

FOR THE DEFENDANT:              TIMOTHY DAY, ESQ.

COURT REPORTER:                 PAUL HAFERLING
                                299 E. Broward Blvd,
                                Ft. Lauderdale, Fl. 33301

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**