UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )   Case No. 00-6048-CR-WDF
                               )
vs                             )
                               )   Ft. Lauderdale, Florida
VINCENT MORGAN,                )   July 21, 2000
                               )
          Defendant.           )
-------------------------------x

TRANSCRIPT OF SENTENCING
BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

APPEARANCES:

FOR THE GOVERNMENT:            SCOTT BEHNKE, ESQ.
                               Assistant U.S. Attorney

FOR THE DEFENDANT:             TIMOTHY DAY, ESQ.

COURT REPORTER:                PAUL HAFERLING
                               299 E. Broward Blvd,
                               Ft. Lauderdale, Fl. 33301

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE