DEFENDANT:      VINCENT MORGAN, (J) 60349-004

CASE NUMBER:    0:00CR06048-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___46___ month(s)_____ .

☒  The court makes the following recommendations to the Bureau of Prisons:

That the defendant be incarcerated at an institution as close to South Florida as possible.

The defendant shall participate in the 500 Hour Drug Program.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ a.m./p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _FCC Coleman-Low_

at _Coleman, FL_____, with a certified copy of this judgment.

_RD SWORE, Warden_
UNITED STATES MARSHAL

By _CW McGilly__
DEPUTY U.S. MARSHAL