UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS          Date: September 22, 2000
Eleventh Judicial Circuit             USDC # 00-6048-CR-WDF
56 Forsyth Street                     USCA # 00-14021-G
Atlanta, Georgia   30303

IN RE: USA v. Morgan
```
===================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

    _1_ Volume of Pleadings
    _2_ Volumes of Transcripts

    _X_ Exhibits:

        _1_ PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                          Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
     Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                         LSS     CLOSED
                                                         APPEAL
                        U.S. District Court
                Southern District of Florida (FtLauderdale)

             CRIMINAL DOCKET FOR CASE #: 00-CR-6048-ALL

USA v. Morgan                                          Filed: 02/29/00

Other Dkt # 0:00-m -04036

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

VINCENT JAEN MORGAN (1) ,         Public Defender
PRISONER# 60349-004 DOB:           [term  07/28/00]
12/23/68                          [COR LD NTC pda]
     defendant                    Timothy Day
  [term  07/28/00]                 [term  07/28/00]
                                  FTS 356-7556
                                  [COR LD NTC pda]
                                  Federal Public Defender's
                                  Office
                                  101 NE 3rd Avenue
                                  Suite 202
                                  Fort Lauderdale, FL 33301-1145
                                  954-356-7436


Pending Counts:                           Disposition

21:841B=CD.F CONTROLLED SUBST     Count dismissed
SELL/DISTR/DISPENSE: ATTEMPT      (2)
TO PWID COCAINE.
(2)


Offense Level (opening): 4


Terminated Counts:                        Disposition

21:963=CP.F CONSPIRACY CONTRL     46 months imprisonment, 3 years
SUBST                             supervised release and $100
IMPORT/EXPORT:CONSPIRACY TO       special assessment
IMPORT COCAINE                    (1)
(1)


Offense Level (disposition): 4


Docket as of September 22, 2000 9:19 am          Page 1
```

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
Deputy Clerk
Date 9-22-00

Proceedings include all events.
0:00cr6048-ALL USA v. Morgan

LSS
CLOSED APPEAL

Complaints                          Disposition

21:846 Atte,pt to PWID cocaine
[ 0:00-m -4036 ]

```
Proceedings include all events.                               LSS
0:00cr6048-ALL USA v. Morgan                            CLOSED APPEAL

VINCENT JAEN MORGAN, PRISONER# 60349-004 DOB: 12/23/68

            defendant


=========================

USA

            plaintiff


U. S. Attorneys:

   Scott Behnke
   FTS 356-7336
   954-356-7392
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7254

   PTS Officer
   FTS 356-7915
   954-769-5600
   [COR LD NTC]
   Pretrial Services Office
   299 E Broward Boulevard
   Suite 301
   Fort Lauderdale, FL 33301
   954-769-5600

   Probation Officer
   FTS 356-7061
   954-769-5500
   [COR LD NTC]
   United States Probation Office
   299 E Broward Boulevard
   Room 409
   Fort Lauderdale, FL 33301-1865
   954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6048-ALL USA v. Morgan                                 CLOSED APPEAL

2/21/00  --    ARREST of Vincent Jaen Morgan
               [ 0:00-m -4036 ] (dd) [Entry date 02/22/00]

2/22/00  1     COMPLAINT as to Vincent Jaen Morgan
               [ 0:00-m -4036 ] (dd) [Entry date 02/22/00]

2/22/00  2     ORDER on Initial Appearance as to Vincent Jaen Morgan Bond
               set to PTD Requested for Appointment of Public Defender
               Arraignment set for 11:00 3/3/00 ; Detention hearing set
               for 9:30 2/25/00 before Duty Magistrate, ,  ( Signed by
               Magistrate Barry S. Seltzer on 2/22/00) Tape # 00-015 CCAP
               [ 0:00-m -4036 ] (dd) [Entry date 02/22/00]

2/22/00  3     Minute of Initial Appearance held on 2/22/00  before
               Magistrate Barry S. Seltzer as to Vincent Jaen Morgan ;
               Defendant advised of charges, FPD appointed, PTD set
               2/25/00 at 9:30am, arraignment 3/3/00. Court Reporter Name
               or Tape #: 00-015
               [ 0:00-m -4036 ] (dd) [Entry date 02/22/00]

2/22/00  4     REPORT Commencing Criminal Action as to Vincent Jaen Morgan
               DOB: 12/23/68  Prisoner # 60340-004
               [ 0:00-m -4036 ] (dd) [Entry date 02/22/00]

2/24/00  5     DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
               Vincent Jaen Morgan
               [ 0:00-m -4036 ] (dd) [Entry date 02/24/00]

2/24/00  6     NOTICE of Assignment of Assistant Public Defender for
               Vincent Jaen Morgan . Terminated attorney Public Defender
               for Vincent Jaen Morgan AFPD Timothy Day assigned.
               [ 0:00-m -4036 ] (dd) [Entry date 02/24/00]

2/25/00  7     Minute of PTD Hearing held on 2/25/00  before Magistrate
               Barry S. Seltzer as to Vincent Jaen Morgan ; NO BOND
               HEARING HELD. Both sides stipulate to a $100,000 Corporate
               Surety with a nebbia, both sides reserving right to proceed
               with a PTD hearing at a later date. Court Reporter Name or
               Tape #: 00-017
               [ 0:00-m -4036 ] (dd) [Entry date 02/28/00]

2/29/00 (8)    INDICTMENT as to Vincent Jaen Morgan (1) count(s) 1, 2
               (Criminal Category 1) (el) [Entry date 02/29/00]

2/29/00  --    Magistrate identification:  Magistrate Judge Lurana S. Snow
               (el) [Entry date 02/29/00]

3/3/00  (9)    Minute of arraignment held on 3/3/00  before Ch. Magistrate
               Judge Lurana S. Snow as to Vincent Jaen Morgan ;   Court
               Reporter Name or Tape #: 00-12/2612 (dp)
               [Entry date 03/06/00]
```

```
Proceedings include all events.                                          LSS
0:00cr6048-ALL USA v. Morgan                     Vol. 1 Conf CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 3/3/00 | 10 | ARRAIGNMENT INFORMATION SHEET for Vincent Jaen Morgan (1) count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (dp) [Entry date 03/06/00] |
| 3/6/00 | 11 | ORDER SETTING STATUS CONFERENCE as to Vincent Jaen Morgan Status conference set for 11:00 4/3/00 for Vincent Jaen Morgan   before Ch. Magistrate Judge Lurana S. Snow ( Signed by Ch. Magistrate Judge Lurana S. Snow on 3/3/00) CCAP [EOD Date: 3/6/00]  CCAP (dp) [Entry date 03/06/00] |
| 3/6/00 | 12 | STANDING DISCOVERY ORDER as to Vincent Jaen Morgan   all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Ch. Magistrate Judge Lurana S. Snow on 3/3/00)  Tape #  CCAP (dp) [Entry date 03/06/00] |
| 3/10/00 | 13 | SCHEDULING ORDER as to Vincent Jaen Morgan  setting Calendar Call for 3:15 4/3/00 for Vincent Jaen Morgan ;   Jury Trial for 4/10/00 for Vincent Jaen Morgan ;   before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 3/10/00) CCAP [EOD Date: 3/13/00]  CCAP (dp) [Entry date 03/13/00] |
| 3/20/00 | 14 | RESPONSE to Standing Discovery Order by USA  as to Vincent Jaen Morgan (dp) [Entry date 03/21/00] |
| 3/31/00 | 15 | MOTION by Vincent Jaen Morgan to continue trial (dp) [Entry date 04/03/00] |
| 4/10/00 | 16 | ORDER as to Vincent Jaen Morgan  granting [15-1] motion to continue trial as to Vincent Jaen Morgan (1) to Continue in Interest of Justice,  reset calendar call for 3:15 5/1/00 for Vincent Jaen Morgan   before Judge Wilkie D. Ferguson Jr.,  reset Jury trial for 5/8/00 for Vincent Jaen Morgan  before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 4/9/00) CCAP [EOD Date: 4/11/00] CCAP (dp) [Entry date 04/11/00] |
| 5/19/00 | 17 | Minutes of change of plea held on 5/19/00  before Judge Wilkie D. Ferguson Jr. as to Vincent Jaen Morgan ; GUILTY: Vincent Jaen Morgan (1) count(s) 2   Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 05/24/00] |
| 5/19/00 | 18 | Plea Agreement as to Vincent Jaen Morgan (dp) [Entry date 05/24/00] |
| 5/19/00 | 19 | NOTICE of Hearing as to Vincent Jaen Morgan :  setting Sentencing for 9:30 7/21/00 for Vincent Jaen Morgan before Judge Wilkie D. Ferguson Jr. (dp) [Entry date 05/24/00] |
| 7/19/00 | 20 | OBJECTION by Vincent Jaen Morgan  to Presentence Investigation Report (dp) [Entry date 07/20/00] |

```
                                                                       LSS
Proceedings include all events.
0:00cr6048-ALL USA v. Morgan                          vol. 1 cont  CLOSED APPEAL
```

| Date | Doc# | Description |
|---|---|---|
| 7/21/00 | 21 | Minutes of sentencing held on 7/21/00 before Judge Wilkie D. Ferguson Jr. as to Vincent Jaen Morgan ; Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 07/24/00] |
| 7/21/00 | -- | Sentencing held Vincent Jaen Morgan (1) count(s) 2 (dp) [Entry date 07/31/00] |
| 7/28/00 | 22 | JUDGMENT as to Vincent Jaen Morgan (1) count(s) 2. Count dismissed , Vincent Jaen Morgan (1) count(s) 1. 46 months imprisonment, 3 years supervised release and $100 special assessment ( Signed by Judge Wilkie D. Ferguson Jr. on 7/28/00) CCAP [EOD Date: 7/31/00] CCAP (dp) [Entry date 07/31/00] |
| 7/31/00 | 23 | NOTICE OF APPEAL by Vincent Jaen Morgan re: [22-1] judgment order . EOD Date: 7/31/00; Vincent Jaen Morgan (1) count(s) 2; Filing Fee: $ NO FEE REQUIRED; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 08/01/00] |
| 8/1/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Vincent Jaen Morgan [23-1] appeal (gf) [Entry date 08/01/00] |
| 8/4/00 | 24 | TRANSCRIPT INFORMATION FORM as to Vincent Jaen Morgan re: [23-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 08/09/00] |
| 8/9/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Vincent Jaen Morgan Re: [23-1] appeal USCA Number: 00-14021-G (dl) [Entry date 08/10/00] |
| 9/18/00 | 25 | TRANSCRIPT filed as to Vincent Jaen Morgan of Change of Plea held 5/19/00 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-22 re: [23-1] appeal . Appeal record due on 10/3/00 for Vincent Jaen Morgan (gf) [Entry date 09/19/00]   vol. 2 |
| 9/18/00 | 26 | TRANSCRIPT filed as to Vincent Jaen Morgan of Sentencing held 7/21/00 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-21 re: [23-1] appeal . Appeal record due on 10/3/00 for Vincent Jaen Morgan (gf) [Entry date 09/19/00]   vol. 3 |
| 9/19/00 | 27 | Judgment Returned Executed as to Vincent Jaen Morgan on 8/22/00 at FCC Coleman (dp) [Entry date 09/21/00] |
| 9/22/00 | 28 | Certificate of readiness transmitted to USCA as to Vincent Jaen Morgan re: [23-1] appeal by Vincent Jaen Morgan USCA # 00-14021-G (dl) [Entry date 09/22/00]   End. vol. 1 |