DEFENDANT: VINCENT MORGAN, (J) 60349-004
CASE NUMBER: 0:00CR06048-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __46__ month(s).

[x] The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be incarcerated at an institution as close to South Florida as possible.**

**The defendant shall participate in the 500 Hour Drug Program.**

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

  [ ] at _____ a.m./p.m. on _____.
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2 p.m. on _____
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __8-22-00__ to __FCC Coleman-Low__
at __Coleman, FL__, with a certified copy of this judgment.

K D Swope, Warden
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal